ISAAC GRIFFITH vs. JAMES JOHNSON'S Administrator.

An agent is liable to refund money paid to him by a mistake in fact, he being notified of the mistake before he paid the money over to his principal.

NARR. in assumpsit. Plea, the general issue, &c.

Action to recover back money paid by mistake of a fact. Johnson, as the agent of one Willey, collected a debt due from plaintiff circumstances or authority; the writ here is none, unless goods be found. Lord Camden is express, that the party is liable. In 3 *Wils.* 434, the officer acting under 10 *Geo.* 1, *c.* 10, is treated as a party, and held a trespasser. In 3 *Esp. Rep.* 135, Lord Mansfield treats him as *officer*, and therefore justified. As to custom-house officers, it is their duty to make the oath of suspicion as well as to proceed; they act as officers. The party here was under no obligation to institute proceedings; having done it voluntarily, he did it at his peril. The constitution is not imperative on the party to institute proceedings as it is on the magistrate and constable to carry them on; they, therefore, are protected, acting from necessity, while he is not.

by bond; and, in calculating the balance due, he took, by mistake, $61 49 more than was due. The mistake was discovered, and Johnson notified of it, before he had paid the money over to his principal.

A witness was called to prove the indorsement on the back of the bond, of sundry payments, in the hand-writing of Willey and of Johnson.

*Frame,* for defendant, objected that the object was to prove the bond, which could not be done without calling the subscribing witnesses.

*Bates,* contra, denied that the object was to prove the execution of the bond; the only purpose for which the witness was called being to prove the indorsement of credits or payments made towards the bond at sundry times; and the final calculation.

*Frame.*—It is apparent that the object is to prove the bond in this indirect and illegal manner. The action is for money *overpaid.* This cannot be shown by proof merely of the payments, without showing what the bond was. It must appear what was due, before it can appear that the sum due was overpaid.

*Per curiam.*—The witness may prove the endorsements, but that will not make the bond evidence, which must be proved in the usual way.

He afterwards proved an admission of the overpayment by Johnson to the amount claimed; and had a verdict under the direction of the court as to Johnson's liability.

Verdict for plaintiff.

*Bates,* for plaintiff.
*Frame,* for defendant.